## J. W. Scale *v.* G. D. Chambers.

Cause of Action—Seizure and Removal of Property by Aiding and Inciting—
Demurrer.

A petition that alleges the unlawful seizure and removal or conversion
of property of the plaintiff by Confederate soldiers, and that the defen-
dants, citizens of the county, were at the time aiding, inciting and
advising the same, and that they directly and indirently participated in
said seizure and removal of the property and aided therein, is Held to
constitute a valid cause of action, and a demurrer thereto should have
been overruled.

APPEAL FROM OWSLEY CIRCUIT COURT.

June 8, 1868.

OPINION OF THE COURT BY JUDGE HARDIN:

The petition in this case alleges the apparently unauthorized
and unlawful seizure and removal or conversion of the appellant's
property by Confederate soldiers and the appellee and
Camood, who are not alleged to have been soldiers but citizens of
Owsley county, were at the time aiding, inciting and advising the
same and that they directly and indirectly participated in said
seizure and removal of the property and aided therein.

These facts, if true, constituted a valid cause of action against
the appellee, and in our opinion therefore the court erred in
sustaining the general demurrer of the defendant and in dis-
missing the petition.

Wherefore the judgment is reversed and the cause remanded
for further proceedings not inconsistent with this opinion.

*Burnam, Caldwell, for appellant.*